IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

JONATHAN MICHAEL WAYTE,

      Appellant,

v.

STATE OF FLORIDA,

      Appellee.

_____/

Case No. 5D22-1251
LT Case No. 2021-MM-001653-A

Opinion filed December 30, 2022

Appeal from the County Court
for Sumter County,
Paul L. Militello, Judge.

Matthew J. Metz, Public Defender, and Ali
L. Hansen, Assistant Public Defender,
Daytona Beach, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Daniel P. Caldwell,
Assistant Attorney General, Daytona
Beach, for Appellee.


PER CURIAM.

In this *Anders*[1] case, we affirm the judgment and sentence but remand for a corrected costs order that identifies the authority for each cost.

AFFIRMED and REMANDED with INSTRUCTIONS.

WALLIS, EDWARDS and EISNAUGLE, JJ., concur.

---

[1] *Anders v. California*, 386 U.S. 738 (1967).